IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CYNTHIA KILLOUGH AND KEVIN KILLOUGH,

    Appellants,

                                      Case No.  5D22-10
  v.                             LT Case No. 2020-CA-001669-15-G


THE HAMILTON PLACE RESIDENTS
ASSOCIATION, INC.,

    Appellee.

_____/

Decision filed February 14, 2023

Appeal from the Circuit Court
for Seminole County,
Michael J. Rudisill, Judge.

Mark R. Lippman, of Lippman Law
Offices, P.A., Orlando, for Appellants.

Theodore D. Estes, Asima M. Azam, and
Clay A. Deatherage, of Divine & Estes,
P.A., Orlando, for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.